

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2016

No. 04-16-00424-CV

**IN RE RPH CAPITAL PARTNERS, LP**

Original Mandamus Proceeding[1]

**ORDER**

Relator filed its petition for writ of mandamus on June 30, 2016. This court requested a response and ordered oral submission. The court has considered the petition, the response of the real party in interest, relator's reply, and the oral argument of counsel and has determined that Relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Antonia Arteaga is ORDERED to vacate the order granting real parties in interest's motion for summary judgment signed on June 9, 2016 and reinstate the final judgment signed on December 14, 2015. The writ will issue only if we are notified that Judge Arteaga has not done as directed within fifteen days of the date of this order.

It is so **ORDERED** on December 7, 2016.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2016.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2016-CI-05251, styled *Peridot Joint Venture, Millennium Exploration Company, LLC, and Richard Monroy v. RPH Capital Partners, LP*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.